IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BERRY PETROLEUM COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-1462C |
| | ) | (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Plaintiff, Berry Petroleum Company, on behalf of both parties respectfully submits this Status Report. The parties are pursuing settlement discussions and are optimistic that this case will be settled without further proceedings. The parties propose to file an additional status report in thirty days if the matter is not settled before that time.

Respectfully submitted,

s/ J. Keith Burt

J. KEITH BURT
Mayer Brown LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5308 (Fax)

Attorneys for Plaintiff,
Berry Petroleum Company

December 21, 2007